Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Turning Leaf Homes IV, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-1533808** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1701 SE OAK SHORE LN** **Portland, OR 97267** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clackamas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Turning Leaf Homes IV, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Turning Leaf Homes IV, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  
*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  
*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Turning Leaf Homes IV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 6, 2017**
MM / DD / YYYY

**X /s/ Tracey Baron**          **Tracey Baron**
Signature of authorized representative of debtor          Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Theodore J. Piteo**          Date **February 6, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**Theodore J. Piteo**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone **503-786-3800**          Email address **enc@pdxlegal.com**

**090311**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Turning Leaf Homes IV, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of New York Mellon**  **One Wall Street**  **New York, NY 10286** | | **5631 SE Belmont St. Portland, OR 97215**  **Property Subject to Liens of Bank of New York Mellon; Bank Loans are nonrecourse to Debtor.**  **Zillow Value: 1,** | | **$802,406.00** | **$300,000.00** | **$587,406.00** |
| **Federal National Mortgage Association**  **Bankruptcy Dept.**  **PO Box 1077**  **Hartford, CT 06143-1077** | | **12761 SW 133rd Ave, Tigard, OR 97223**  **Post-Sale Redemption Rights** | | **$219,515.67** | **$300,000.00** | **$219,515.67** |
| **Bank of New York Mellon**  **One Wall Street**  **New York, NY 10286** | | **5631 SE Belmont St. Portland, OR 97215**  **Property Subject to Liens of Bank of New York Mellon; Bank Loans are nonrecourse to Debtor.**  **Zillow Value: 1,** | | **$128,550.00** | **$300,000.00** | **$128,550.00** |
| **Ditech Financial, LLC**  **Bankruptcy Dept.**  **1100 Virginia Drive**  **Fort Washington, PA 19034** | | **9995 SW Denney Rd., Beaverton, OR 97008** | | **$125,000.00** | **$315,000.00** | **$125,000.00** |

| Debtor | **Turning Leaf Homes IV, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wells Fargo Bank, N.A.**<br>**Bankruptcy Dept. / MAC D3347-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7203** | | **7582 Burlington Ave, Portland, OR 97203**<br>**All Liens are non-recourse to Debtor** | | **$396,209.36** | **$275,000.00** | **$121,209.36** |
| **Flagstar Bank**<br>**Bankruptcy Notice**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | | **12761 SW 133rd Ave, Tigard, OR 97223**<br>**Post-Sale Redemption Rights** | | **$102,730.00** | **$300,000.00** | **$102,730.00** |
| **PNC Bank - Mortgage**<br>**Bankruptcy Notice**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | | **17358 SW Kimmel Court, Beaverton, OR 97007**<br>**All Liens are non-recourse to Debtor** | | **$99,750.00** | **$355,000.00** | **$99,750.00** |
| **US Bank**<br>**Bankruptcy Notice Department**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | | **486 Nutcracker Dr., Redmond, OR 97756**<br>**Post-Sale Redemption Rights - Sale Occured on 11/16/16**<br>**All Liens are non-recourse to Debtor** | | **$413,500.00** | **$325,000.00** | **$88,500.00** |
| **US Bank, NA, Corp Trust Division**<br>**Attn: Elizabeth Boyd**<br>**1021 East Cary Street, #1850**<br>**Richmond, VA 23219** | | **16530 NE Hillsboro Hwy, Newberg, OR 97132**<br>**Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.** | | **$450,000.00** | **$375,000.00** | **$75,000.00** |
| **Ocwen Loan Servicing, LLC**<br>**Bankruptcy Department**<br>**1100 Virginia Drive, Suite 175**<br>**Fort Washington, PA 19034** | | **8025 SW Scholls Ferry Rd., Beaverton, OR 97008**<br>**All Liens are non-recourse to Debtor**<br>**Post-sale redemption period** | | **$72,500.00** | **$275,000.00** | **$72,500.00** |

Debtor **Turning Leaf Homes IV, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Nathan Pauly** | | 12761 SW 133rd Ave, Tigard, OR 97223  **Post-Sale Redemption Rights** | | $335,000.00 | $300,000.00 | $35,000.00 |
| **SunTrust Mortgage, Inc.**  **Bankruptcy Dept- RVW 3034**  **PO Box 27767**  **Richmond, VA 23261-7767** | | 4644 Melody Ln, Roseburg, OR 97471  **All Liens are non-recourse.** | | $274,688.52 | $240,000.00 | $34,688.52 |
| **US Bank, NA, Corp Trust Division**  **Attn: Elizabeth Boyd**  **1021 East Cary Street, #1850**  **Richmond, VA 23219** | | 9995 SW Denney Rd., Beaverton, OR 97008 | | $345,000.00 | $315,000.00 | $30,000.00 |
| **Bank of New York Mellon**  **One Wall Street**  **New York, NY 10286** | | 8025 SW Scholls Ferry Rd., Beaverton, OR 97008  **All Liens are non-recourse to Debtor**  **Post-sale redemption period** | | $303,741.00 | $275,000.00 | $28,741.00 |
| **Wells Fargo Bank, N.A.**  **Bankruptcy Dept. / MAC D3347-014**  **3476 Stateview Blvd.**  **Fort Mill, SC 29715-7203** | | 17358 SW Kimmel Court, Beaverton, OR 97007  **All Liens are non-recourse to Debtor** | | $376,023.60 | $355,000.00 | $21,023.60 |
| **Philip Congdon**  **2418 Welsh Ln**  **New Braunfels, TX 78130** | | 4644 Melody Ln, Roseburg, OR 97471  **All Liens are non-recourse.** | | $20,000.00 | $240,000.00 | $20,000.00 |
| **Citibank**  **Bankruptcy Department**  **PO Box 6248**  **Sioux Falls, SD 57117** | | 7582 Burlington Ave, Portland, OR 97203  **All Liens are non-recourse to Debtor** | | $9,043.00 | $275,000.00 | $9,043.00 |

| Debtor | **Turning Leaf Homes IV, LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midland Funding Bankruptcy Notices**<br>**2365 Northside Drive, Suite 300**<br>**San Diego, CA 92108** | | **7582 Burlington Ave, Portland, OR 97203**<br>**All Liens are non-recourse to Debtor** | | **$4,675.00** | **$275,000.00** | **$4,675.00** |
| **Deem Realty Funding**<br>**525 N. B St.**<br>**Salt Lake City, UT 84103** | | **Investment in Belmont Property** | **Contingent Unliquidated Disputed** | | | **$2,750.00** |
| **Oregon Department Of Justice Division Of Child Support**<br>**4600 25th Avenue, NE , Suite 180**<br>**Salem, OR 97301** | | **16530 NE Hillsboro Hwy, Newberg, OR 97132**<br>**Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.** | | **$2,500.00** | **$375,000.00** | **$2,500.00** |

# United States Bankruptcy Court
## District of Oregon

In re  **Turning Leaf Homes IV, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Turning Leaf Homes IV, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 6, 2017**  
Date

/s/ Theodore J. Piteo  
**Theodore J. Piteo**  
Signature of Attorney or Litigant  
Counsel for **Turning Leaf Homes IV, LLC**  
**Michael D. O'Brien & Associates, P.C.**  
**12909 SW 68th Parkway, Suite 160**  
**Portland, OR 97223**  
**503-786-3800 Fax:503-272-7796**  
**enc@pdxlegal.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 17-30353-tmb11    Doc 1    Filed 02/06/17