# United States Bankruptcy Court
### District of Oregon

In re  **Turning Leaf Homes IV, LLC**      Case No. **17-30353**
                Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Turning Leaf Homes IV, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 6, 2017**
Date

/s/ Theodore J. Piteo
**Theodore J. Piteo**
Signature of Attorney or Litigant
Counsel for **Turning Leaf Homes IV, LLC**
**Michael D. O'Brien & Associates, P.C.**
**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
**503-786-3800 Fax:503-272-7796**
**enc@pdxlegal.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy