In re   Turning Leaf Homes IV, LLC

Case No. 17-30353-tmb11

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I served the List of 20 Largest Unsecured

Creditors and self-adhesive mailing labels via US Postal Mail and via Electronic E-mail.

**Carla G. McClurg,** Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205

I further certify that the following person(s) will be served electronically when the foregoing document is filed with the court:

THEODORE J PITEO on behalf of Debtor Turning Leaf Homes IV, LLC
ted@pdxlegal.com, enc@pdxlegal.com;hugo@pdxlegal.com;reception@pdxlegal.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

  /s/Hugo A. Zollman
Paralegal to Attorney Theodore J. Piteo
Michael D. O'Brien & Associates, P.C.
Of Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 17-30353-tmb11<br>District of Oregon<br>Portland<br>Mon Feb  6 17:21:34 PST 2017 | Turning Leaf Homes IV, LLC<br>1701 SE OAK SHORE LN<br>Portland, OR 97267-3628 | 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 |
| Ann Fahland<br>8828 SW 36th Ave<br>Portland, OR 97219-3836 | Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286-0001 | Bob & Judy Baron<br>942 Ann Ave<br>Sunnyside, WA 98944-1760 |
| Citibank<br>Bankruptcy Department<br>PO Box 6248<br>Sioux Falls, SD 57117-6248 | (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Clear Recon Corporation<br>111 SW Columbia St.<br>Suite 950<br>Portland, OR 97201-5841 |
| DJ Property Soultions<br>2269 Deer Creek Way<br>Springville, UT 84663 | Deem Realty Funding<br>525 N. B St.<br>Salt Lake City, UT 84103-2547 | Ditech Financial, LLC<br>Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 |
| Federal National Mortgage Association<br>Bankruptcy Dept.<br>PO Box 1077<br>Hartford, CT 06143-1077 | Flagstar Bank<br>Bankruptcy Notice<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Jason Montgomery<br>810 SE Douglas Ave<br>Roseburg, OR 97470-3331 |
| Kora Gammel<br>8828 SW 36th Ave<br>Portland, OR 97219-3836 | Malcolm Cisneros<br>17100 Gillette Ave<br>Irvine, CA 92614-5603 | Malcolm Cisneros<br>2112 Business Center Dr.<br>2nd Fl<br>Irvine, CA 92612-7137 |
| Matthew Frank Condominum Assoc<br>7000 SW Varns Street<br>Portland, OR 97223-8145 | McCarthy & Holthus, LLP<br>1770 Forth Ave<br>San Diego, CA 92101 | Midland Funding<br>Bankruptcy Notices<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 |
| Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034-3204 | Oregon Department Of Justice<br>Division Of Child Support<br>4600 25th Avenue, NE , Suite 180<br>Salem, OR 97301-0026 | PNC Bank - Mortgage<br>Bankruptcy Notice<br>6750 Miller Road<br>Brecksville, OH 44141-3262 |
| Philip Congdon<br>2418 Welsh Ln<br>New Braunfels, TX 78132-3834 | Robinson Tait, P.S.<br>901 Fifth Ave<br>Suite 400<br>Seattle, WA 98164-2085 | Steven W. Shaw, Attorney<br>918 S Crescent Way<br>Mapleton, UT 84664-4613 |
| SunTrust Mortgage, Inc.<br>Bankruptcy Dept- RVW 3034<br>PO Box 27767<br>Richmond, VA 23261-7767 | Tenant<br>929 NE 73rd Ave<br>Hillsboro, OR 97124-6990 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| US Bank, NA, Corp Trust Division<br>Attn: Elizabeth Boyd<br>1021 East Cary Street, #1850<br>Richmond, VA 23219-4090 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Vial Fotheringham, LLP<br>17355 Boones Ferry Road, Suite A<br>Lake Oswego, OR 97035-5225 |
| Wells Fargo Bank, N.A.<br>Bankruptcy Dept. / MAC D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | THEODORE J PITEO<br>Michael D. O'Brien & Associates<br>12909 SW 68th Pkwy<br>Suite 160<br>Portland, OR 97223-8399 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| City Of Portland<br>Office Of City Attorney<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204 | US Bank<br>Bankruptcy Notice Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Darrel L Deem | (u)David & Janine Law | (u)Deem Investments Company |
| (u)Nathan Pauly | (u)Tenant | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients    5<br>Total    39 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Turning Leaf Homes IV, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | **17-30353-tmb11** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of New York Mellon** One Wall Street New York, NY 10286 | | 5631 SE Belmont St. Portland, OR 97215 Property Subject to Liens of Bank of New York Mellon; Bank Loans are nonrecourse to Debtor. Zillow Value: 1, | | $802,406.00 | $300,000.00 | $587,406.00 |
| **Federal National Mortgage Association** Bankruptcy Dept. PO Box 1077 Hartford, CT 06143-1077 | | 12761 SW 133rd Ave, Tigard, OR 97223 Post-Sale Redemption Rights | | $219,515.67 | $300,000.00 | $219,515.67 |
| **Bank of New York Mellon** One Wall Street New York, NY 10286 | | 5631 SE Belmont St. Portland, OR 97215 Property Subject to Liens of Bank of New York Mellon; Bank Loans are nonrecourse to Debtor. Zillow Value: 1, | | $128,550.00 | $300,000.00 | $128,550.00 |
| **Ditech Financial, LLC** Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | 9995 SW Denney Rd., Beaverton, OR 97008 | | $125,000.00 | $315,000.00 | $125,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 17-30353-tmb11   Doc 8   Filed 02/07/17

| Debtor | **Turning Leaf Homes IV, LLC** | | Case number *(if known)* | **17-30353-tmb11** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wells Fargo Bank, N.A.**<br>**Bankruptcy Dept. / MAC D3347-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7203** | | **7582 Burlington Ave, Portland, OR 97203**<br>**All Liens are non-recourse to Debtor** | | $396,209.36 | $275,000.00 | $121,209.36 |
| **Flagstar Bank**<br>**Bankruptcy Notice**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | | **12761 SW 133rd Ave, Tigard, OR 97223**<br>**Post-Sale Redemption Rights** | | $102,730.00 | $300,000.00 | $102,730.00 |
| **PNC Bank - Mortgage**<br>**Bankruptcy Notice**<br>**6750 Miller Road**<br>**Brecksville, OH 44141** | | **17358 SW Kimmel Court, Beaverton, OR 97007**<br>**All Liens are non-recourse to Debtor** | | $99,750.00 | $355,000.00 | $99,750.00 |
| **US Bank**<br>**Bankruptcy Notice Department**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | | **486 Nutcracker Dr., Redmond, OR 97756**<br>**Post-Sale Redemption Rights - Sale Occured on 11/16/16**<br>**All Liens are non-recourse to Debtor** | | $413,500.00 | $325,000.00 | $88,500.00 |
| **US Bank, NA, Corp Trust Division**<br>**Attn: Elizabeth Boyd**<br>**1021 East Cary Street, #1850**<br>**Richmond, VA 23219** | | **16530 NE Hillsboro Hwy, Newberg, OR 97132**<br>**Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.** | | $450,000.00 | $375,000.00 | $75,000.00 |
| **Ocwen Loan Servicing, LLC**<br>**Bankruptcy Department**<br>**1100 Virginia Drive, Suite 175**<br>**Fort Washington, PA 19034** | | **8025 SW Scholls Ferry Rd., Beaverton, OR 97008**<br>**All Liens are non-recourse to Debtor**<br>**Post-sale redemption period** | | $72,500.00 | $275,000.00 | $72,500.00 |

| Debtor | **Turning Leaf Homes IV, LLC** | | Case number *(if known)* | **17-30353-tmb11** | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Nathan Pauly** | | 12761 SW 133rd Ave, Tigard, OR 97223<br>Post-Sale Redemption Rights | | $335,000.00 | $300,000.00 | $35,000.00 |
| **SunTrust Mortgage, Inc.**<br>**Bankruptcy Dept- RVW 3034**<br>**PO Box 27767**<br>**Richmond, VA 23261-7767** | | 4644 Melody Ln, Roseburg, OR 97471<br>All Liens are non-recourse. | | $274,688.52 | $240,000.00 | $34,688.52 |
| **US Bank, NA, Corp Trust Division**<br>**Attn: Elizabeth Boyd**<br>**1021 East Cary Street, #1850**<br>**Richmond, VA 23219** | | 9995 SW Denney Rd., Beaverton, OR 97008 | | $345,000.00 | $315,000.00 | $30,000.00 |
| **Bank of New York Mellon**<br>**One Wall Street**<br>**New York, NY 10286** | | 8025 SW Scholls Ferry Rd., Beaverton, OR 97008<br>All Liens are non-recourse to Debtor<br>Post-sale redemption period | | $303,741.00 | $275,000.00 | $28,741.00 |
| **Wells Fargo Bank, N.A.**<br>**Bankruptcy Dept. / MAC D3347-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715-7203** | | 17358 SW Kimmel Court, Beaverton, OR 97007<br>All Liens are non-recourse to Debtor | | $376,023.60 | $355,000.00 | $21,023.60 |
| **Philip Congdon**<br>**2418 Welsh Ln**<br>**New Braunfels, TX 78130** | | 4644 Melody Ln, Roseburg, OR 97471<br>All Liens are non-recourse. | | $20,000.00 | $240,000.00 | $20,000.00 |
| **Citibank**<br>**Bankruptcy Department**<br>**PO Box 6248**<br>**Sioux Falls, SD 57117** | | 7582 Burlington Ave, Portland, OR 97203<br>All Liens are non-recourse to Debtor | | $9,043.00 | $275,000.00 | $9,043.00 |

Debtor **Turning Leaf Homes IV, LLC**  
Name

Case number *(if known)* **17-30353-tmb11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Midland Funding Bankruptcy Notices 2365 Northside Drive, Suite 300 San Diego, CA 92108** | | **7582 Burlington Ave, Portland, OR 97203 All Liens are non-recourse to Debtor** | | **$4,675.00** | **$275,000.00** | **$4,675.00** |
| **Deem Realty Funding 525 N. B St. Salt Lake City, UT 84103** | | **Investment in Belmont Property** | **Contingent Unliquidated Disputed** | | | **$2,750.00** |
| **Oregon Department Of Justice Division Of Child Support 4600 25th Avenue, NE , Suite 180 Salem, OR 97301** | | **16530 NE Hillsboro Hwy, Newberg, OR 97132 Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.** | | **$2,500.00** | **$375,000.00** | **$2,500.00** |