# United States Bankruptcy Court
## District of Oregon

In re    **Turning Leaf Homes IV, LLC**          Case No.    **17-30353-tmb11**

                   Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **15,000.00** |
   | Prior to the filing of this statement I have received | $ | **15,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Turning Leaf Managment, Inc.**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 20, 2017**                     **/s/ Theodore J. Piteo**

*Date*                                        **Theodore J. Piteo**

                                           *Signature of Attorney*
                                           **Michael D. O'Brien & Associates, P.C.**
                                           **12909 SW 68th Parkway, Suite 160**
                                           **Portland, OR 97223**
                                           **503-786-3800  Fax: 503-272-7796**
                                           **enc@pdxlegal.com**
                                           *Name of law firm*

Fill in this information to identify the case:

Debtor name    **Turning Leaf Homes IV, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **17-30353-tmb11**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 20, 2017**     X */s/ Tracey Baron*
Signature of individual signing on behalf of debtor

**Tracey Baron**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Turning Leaf Homes IV, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **17-30353-tmb11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $      **2,610,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $      **10,500.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $      **2,620,500.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **4,638,439.69**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **2,750.00**

4. **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b

   $      **4,641,189.69**

Case 17-30353-tmb11      Doc 16      Filed 02/20/17

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account    Last 4 digits of account number | |
| 3.1. | **Bank of the West - DIP Account** | 2340 | **$5,000.00** |

| 4. | **Other cash equivalents** *(Identify all)* | |
| --- | --- | --- |
| 5. | **Total of Part 1.** | **$5,000.00** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers, Desks, Chairs, other misc office equipment located at business management office | $0.00 | | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                    $500.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

☐ No. Go to Part 10.

☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **5631 SE Belmont St. Portland, OR 97215 All liens are nonrecourse to Debtor. Zillow Value: 1,143,694 House currently unlivable, large hole in roof, open to elements, mold and debris and property in very poor shape. Lots of Water damage. Subject to ongoing nuisance liens by city.** | **Fee simple** | **$0.00** | | **$150,000.00** |
| 55.2.   **16530 NE Hillsboro Hwy, Newberg, OR 97132 Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.** | **Equitable interest** | **$0.00** | | **$375,000.00** |
| 55.3.   **17358 SW Kimmel Court, Beaverton, OR 97007 All Liens are non-recourse to Debtor. Currently all appliances and wiring, furnace, plumbing, ect. all outdated and need work (starting to break). External features need reapir, care/replacement and are showing signs of deterioration.** | **Fee simple** | **$0.00** | | **$355,000.00** |

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

| | | | |
|---|---|---|---|
| 55.4. | **486 Nutcracker Dr., Redmond, OR 97756 Post-Sale Redemption Rights - Sale Occured on 11/16/16 All Liens are non-recourse to Debtor.** | **Equitable interest** | **$0.00** | **$325,000.00** |
| 55.5. | **7582 Burlington Ave, Portland, OR 97203 All Liens are non-recourse to Debtor. Needs beautification and small upgrades and updates. Had a broken water tank in attic and floors still need work from flooding. Lots of HOA activity.** | | **$0.00** | **$275,000.00** |
| 55.6. | **8025 SW Scholls Ferry Rd., Beaverton, OR 97008 All Liens are non-recourse to Debtor Post-sale redemption period Sale Occured on December 19, 2016** | **Equitable interest** | **$0.00** | **$275,000.00** |
| 55.7. | **9995 SW Denney Rd., Beaverton, OR 97008 All liens are non-recourse to Debtor. Original borrower still in home. Property has 8 years of deferred maintenance. Need to repair gas lines, tree damages to external deck and siding.** | **Fee simple** | **$0.00** | **$315,000.00** |
| 55.8. | **12761 SW 133rd Ave, Tigard, OR 97223 Post-Sale Redemption Rights Sale occured on 10-26-16** | **Equitable interest** | **$0.00** | **$300,000.00** |

| | | | |
|---|---|---|---|
| 55.9.   **4644 Melody Ln, Roseburg, OR 97471 All Liens are non-recourse. Needs new furnace, a/c, and hot water heater. 6 years overdue maintenance. Tenant is currently below market rent.** | Fee simple | $0.00 | $240,000.00 |

56. **Total of Part 9.**

                                                          **$2,610,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** <br> Misc Intellectual Property | $0.00 | | $5,000.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

                                                          **$5,000.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:      All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                              **Current value of debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Misc Counterclaims against Darrell Deem and David & Janine Law and theior associated entities for various violations of contract law and other statutes.**                                       **Unknown**

78.  **Total of Part 11.**                                                                          **$0.00**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $2,610,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,500.00 + 91b. | $2,610,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,620,500.00 |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 **Bank of New York Mellon** | Describe debtor's property that is subject to a lien | **$802,406.00** | **$300,000.00** |
|---|---|---|---|

Creditor's Name

**5631 SE Belmont St. Portland, OR 97215**
**All liens are nonrecourse to Debtor.**
**Zillow Value: 1,143,694**
**House currently unlivable, large hole in roof, open to elements, mold and debris and property in very poor shape. Lots of Water damage.**

**One Wall Street**
**New York, NY 10286**

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. City Of Portland**
**2. Bank of New York Mellon**
**3. Bank of New York Mellon**
**4. State of Oregon**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Bank of New York Mellon** | Describe debtor's property that is subject to a lien | $128,550.00 | $300,000.00 |
|---|---|---|---|

Creditor's Name

**5631 SE Belmont St. Portland, OR 97215**
**This loan was extinguished by Bank of America pursuant to the National Mortgage Settlement Extinguishment Program per E-Doc #22 in 12-31199-elp13**

**One Wall Street**
**New York, NY 10286**

Creditor's mailing address

Describe the lien
**Second Mortgage**

Is the creditor an insider or related party?

■ No

Case 17-30353-tmb11 Doc 16 Filed 02/20/17

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Bank of New York Mellon** | **Describe debtor's property that is subject to a lien** | $303,741.00 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**8025 SW Scholls Ferry Rd., Beaverton, OR 97008**
**All Liens are non-recourse to Debtor**
**Post-sale redemption period**
**Sale Occured on December 19, 2016**

**One Wall Street**
**New York, NY 10286**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bank of New York Mellon**
**2. Ocwen Loan Servicing, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Citibank** | **Describe debtor's property that is subject to a lien** | $9,043.00 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**7582 Burlington Ave, Portland, OR 97203**
**All Liens are non-recourse to Debtor.**
**Needs beautification and small upgrades and updates. Had a broken water tank in attic and floors still need work from flooding. Lots of HOA activity.**

**Bankruptcy Department**
**PO Box 6248**
**Sioux Falls, SD 57117**

Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Wells Fargo Bank, N.A.**
**2. Ditech Financial, LLC**
**3. Matthew Frank**
**Condominum Assoc**
**4. Midland Funding**
**5. Citibank**
**6. State of Oregon**

---

| 2.5 | **City Of Portland** | Describe debtor's property that is subject to a lien | $85,000.00 | $300,000.00 |
|-----|----|----|----|----|

Creditor's Name

**5631 SE Belmont St. Portland, OR 97215**
**All liens are nonrecourse to Debtor.**
**Zillow Value: 1,143,694**
**House currently unlivable, large hole in roof,**
**open to elements, mold and debris and**
**property in very poor shape. Lots of Water**
**damage.**

**Office Of City Attorney**
**1221 SW Fourth Avenue,**
**Room 430**
**Portland, OR 97204**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ditech Financial, LLC** | Describe debtor's property that is subject to a lien | $125,000.00 | $315,000.00 |
|-----|----|----|----|----|

Creditor's Name

**9995 SW Denney Rd., Beaverton, OR 97008**
**All liens are non-recourse to Debtor.**
**Original borrower still in home. Property has**
**8 years of deferred maintenance. Need to**
**repair gas lines, tree damages to external**
**deck and siding.**

**Bankruptcy Dept.**
**1100 Virginia Drive**
**Fort Washington, PA 19034**

Creditor's mailing address

Describe the lien
**Second Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. US Bank, NA, Corp Trust Division**

**2. Ditech Financial, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ditech Financial, LLC** | | $54,648.00 | $275,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**7582 Burlington Ave, Portland, OR 97203**
**All Liens are non-recourse to Debtor.**
**Needs beautification and small upgrades and updates. Had a broken water tank in attic and floors still need work from flooding. Lots of HOA activity.**

**Bankruptcy Dept.**
**1100 Virginia Drive**
**Fort Washington, PA 19034**

Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Federal National Mortgage Association** | | $219,515.67 | $300,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**12761 SW 133rd Ave, Tigard, OR 97223**
**Post-Sale Redemption Rights**
**Sale occured on 10-26-16**

**Bankruptcy Dept.**
**PO Box 1077**
**Hartford, CT 06143-1077**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Nathan Pauly**
**2. Federal National Mortgage Association**
**3. Flagstar Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Flagstar Bank** | **Describe debtor's property that is subject to a lien** | $102,730.00 | $300,000.00 |

---

| | |
|---|---|
| Creditor's Name<br>**Bankruptcy Notice**<br>**5151 Corporate Drive**<br>**Troy, MI 48098**<br>Creditor's mailing address | **12761 SW 133rd Ave, Tigard, OR 97223**<br>**Post-Sale Redemption Rights**<br>**Sale occured on 10-26-16**<br><br>Describe the lien<br>**Second Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.8** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 0 | **Matthew Frank**<br>**Condominum Assoc**<br>Creditor's Name<br><br><br>**7000 SW Varns Street**<br>**Portland, OR 97223**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**7582 Burlington Ave, Portland, OR 97203**<br>**All Liens are non-recourse to Debtor.**<br>**Needs beautification and small upgrades and**<br>**updates. Had a broken water tank in attic and**<br>**floors still need work from flooding. Lots of**<br>**HOA activity.**<br><br>Describe the lien<br>**Statutory Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$7,678.10** | **$275,000.00** |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.4** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.1 1 | **Midland Funding**<br>Creditor's Name<br><br>**Bankruptcy Notices**<br>**2365 Northside Drive, Suite 300**<br>**San Diego, CA 92108**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**7582 Burlington Ave, Portland, OR 97203**<br>**All Liens are non-recourse to Debtor.**<br>**Needs beautification and small upgrades and**<br>**updates. Had a broken water tank in attic and**<br>**floors still need work from flooding. Lots of**<br>**HOA activity.**<br><br>Describe the lien<br>**Judgment Lien**<br>Is the creditor an insider or related party?<br>■ No | **$4,675.00** | **$275,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Nathan Pauly** | | |
|---|---|---|---|

Creditor's Name

**13421 SW Deergrove Ln**
**Portland, OR 97224**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.8**

**Describe debtor's property that is subject to a lien**
**12761 SW 133rd Ave, Tigard, OR 97223**
**Post-Sale Redemption Rights**
**Sale occured on 10-26-16**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$335,000.00   $300,000.00

---

| 2.1 3 | **Ocwen Loan Servicing, LLC** | | |
|---|---|---|---|

Creditor's Name

**Bankruptcy Department**
**1100 Virginia Drive, Suite 175**
**Fort Washington, PA 19034**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**8025 SW Scholls Ferry Rd., Beaverton, OR 97008**
**All Liens are non-recourse to Debtor**
**Post-sale redemption period**
**Sale Occured on December 19, 2016**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$72,500.00   $275,000.00

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Oregon Department Of Justice** | | | |
|---|---|---|---|---|

Creditor's Name

**Division Of Child Support 4600 25th Avenue, NE , Suite 180 Salem, OR 97301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. US Bank, NA, Corp Trust Division**
**2. Oregon Department Of Justice**

Describe debtor's property that is subject to a lien
**16530 NE Hillsboro Hwy, Newberg, OR 97132 Property is in Redemption Period post-sale from a December 20, 2016 sale. Debtor holds redemption rights.**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00      $375,000.00

---

| 2.1 5 | **Philip Congdon** | | | |
|---|---|---|---|---|

Creditor's Name

**2418 Welsh Ln New Braunfels, TX 78130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SunTrust Mortgage, Inc.**
**2. Philip Congdon**

Describe debtor's property that is subject to a lien
**4644 Melody Ln, Roseburg, OR 97471 All Liens are non-recourse. Needs new furnace, a/c, and hot water heater. 6 years overdue maintenance. Tenant is currently below market rent.**

Describe the lien
**Second Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00      $240,000.00

---

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

| | | |
|---|---|---|
| **2.1 6** | | |

**PNC Bank - Mortgage**

Creditor's Name

**Bankruptcy Notice**
**6750 Miller Road**
**Brecksville, OH 44141**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Wells Fargo Bank, N.A.**
**2. PNC Bank - Mortgage**

**Describe debtor's property that is subject to a lien**      $99,750.00      $355,000.00
**17358 SW Kimmel Court, Beaverton, OR 97007**
**All Liens are non-recourse to Debtor.**
**Currently all appliances and wiring, furnace, plumbing, ect. all outdated and need work (starting to break). External features need reapir, care/replacement**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.1 7** | | |

**State of Oregon**

Creditor's Name

**Business and Fiscal Services Divison**
**1163 State Street**
**Salem, OR 97301-2563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**      $3,763.44      $275,000.00
**7582 Burlington Ave, Portland, OR 97203**
**All Liens are non-recourse to Debtor.**
**Needs beautification and small upgrades and updates. Had a broken water tank in attic and floors still need work from flooding. Lots of HOA activity.**

**Describe the lien**
**State Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.1 8** | | |

**State of Oregon**      **Describe debtor's property that is subject to a lien**      $6,518.00      $300,000.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Creditor's Name

**5631 SE Belmont St. Portland, OR 97215**
**All liens are nonrecourse to Debtor.**
**Zillow Value: 1,143,694**
**House currently unlivable, large hole in roof,**
**open to elements, mold and debris and**
**property in very poor shape. Lots of Water**
**damage.**

**Business and Fiscal**
**Services Divison**
**1163 State Street**
**Salem, OR 97301-2563**

Creditor's mailing address

**Describe the lien**

**State Tax Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **SunTrust Mortgage, Inc.** | Describe debtor's property that is subject to a lien | $274,688.52 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**4644 Melody Ln, Roseburg, OR 97471**
**All Liens are non-recourse.**
**Needs new furnace, a/c, and hot water heater.**
**6 years overdue maintenance. Tenant is**
**currently below market rent.**

**Bankruptcy Dept- RVW**
**3034**
**PO Box 27767**
**Richmond, VA 23261-7767**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **The Ridge at Eagle Crest Owners Assoc** | Describe debtor's property that is subject to a lien | $0.00 | $325,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Northview Community**
**Services**
**8300 Coopers Hawk Dr.**
**Redmond, OR 97756**

Creditor's mailing address

**486 Nutcracker Dr., Redmond, OR 97756 -**
**Precauntiory listing for any HOA fees (no**
**liens recorded outside CC&R)**

**Describe the lien**

**Statutory Lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. US Bank** | ☐ Unliquidated |
| **2. The Ridge at Eagle Crest Owners Assoc** | ☐ Disputed |

---

| 2.2 1 | **US Bank** | **Describe debtor's property that is subject to a lien** | $413,500.00 | $325,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice Department
PO Box 5229
Cincinnati, OH 45201-5229**

**486 Nutcracker Dr., Redmond, OR 97756
Post-Sale Redemption Rights - Sale Occured on 11/16/16
All Liens are non-recourse to Debtor.**

Creditor's mailing address

**Describe the lien
First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.20** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **US Bank, NA, Corp Trust Division** | **Describe debtor's property that is subject to a lien** | $450,000.00 | $375,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Elizabeth Boyd
1021 East Cary Street, #1850
Richmond, VA 23219**

**16530 NE Hillsboro Hwy, Newberg, OR 97132
Property is in Redemption Period post-sale from a December 20, 2016 sale.
Debtor holds redemption rights.**

Creditor's mailing address

**Describe the lien
Post-Sale Ownership**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **US Bank, NA, Corp Trust Division** | | $345,000.00 | $315,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**9995 SW Denney Rd., Beaverton, OR 97008**
**All liens are non-recourse to Debtor. Original borrower still in home. Property has 8 years of deferred maintenance. Need to repair gas lines, tree damages to external deck and siding.**

**Attn: Elizabeth Boyd**
**1021 East Cary Street, #1850**
**Richmond, VA 23219**

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Wells Fargo Bank, N.A.** | | $376,023.60 | $355,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**17358 SW Kimmel Court, Beaverton, OR 97007**
**All Liens are non-recourse to Debtor. Currently all appliances and wiring, furnace, plumbing, ect. all outdated and need work (starting to break). External features need reapir, care/replacement**

**Bankruptcy Dept. / MAC D3347-014**
**3476 Stateview Blvd.**
**Fort Mill, SC 29715-7203**

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case 17-30353-tmb11  Doc 16  Filed 02/20/17

| 2.2 5 | **Wells Fargo Bank, N.A.** | | | $396,209.36 | $275,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Bankruptcy Dept. / MAC D3347-014**
**3476 Stateview Blvd.**
**Fort Mill, SC 29715-7203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**7582 Burlington Ave, Portland, OR 97203**
**All Liens are non-recourse to Debtor.**
**Needs beautification and small upgrades and**
**updates. Had a broken water tank in attic and**
**floors still need work from flooding. Lots of**
**HOA activity.**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,638,439.69 |
|---|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aldridge Pite**<br>**4375 Jutland Dr., Suite 200**<br>**San Diego, CA 92117** | Line **2.22** | |
| **Aldridge Pite**<br>**4375 Jutland Dr., Suite 200**<br>**San Diego, CA 92117** | Line **2.21** | |
| **Clear Recon Corporation**<br>**111 SW Columbia St.**<br>**Suite 950**<br>**Portland, OR 97201** | Line **2.1** | |
| **Clear Recon Corporation**<br>**111 SW Columbia St.**<br>**Suite 950**<br>**Portland, OR 97201** | Line **2.24** | |
| **Jason Montgomery**<br>**810 SE Douglas Ave**<br>**Roseburg, OR 97470** | Line **2.15** | |
| **Malcolm Cisneros**<br>**2112 Business Center Dr.**<br>**2nd Fl**<br>**Irvine, CA 92612** | Line **2.3** | |

| | | |
|---|---|---|
| **Malcolm Cisneros**<br>**17100 Gillette Ave**<br>**Irvine, CA 92614** | Line __2.19__ | |
| **McCarthy & Holthus, LLP**<br>**1770 Forth Ave**<br>**San Diego, CA 92101** | Line __2.8__ | |
| **Robinson Tait, P.S.**<br>**901 Fifth Ave**<br>**Suite 400**<br>**Seattle, WA 98164** | Line __2.23__ | |
| **Vial Fotheringham, LLP**<br>**17355 Boones Ferry Road, Suite A**<br>**Lake Oswego, OR 97035** | Line __2.10__ | |

Debtor name   **Turning Leaf Homes IV, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **17-30353-tmb11**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Ann Fahland**<br>**8828 SW 36th Ave**<br>**Portland, OR 97219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Precautionary__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bob & Judy Baron**<br>**942 Ann Ave**<br>**Sunnyside, WA 98944**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Misc Claims__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Darrel L Deem**<br>**525 N. B St.**<br>**Salt Lake City, UT 84103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Misc Legal Claims__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**David & Janine Law**<br>**2269 Deer Creek Way**<br>**Springville, UT 84663**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Misc Claims__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deem Investments Company**
525 N. B St.
Salt Lake City, UT 84103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Misc Claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Deem Realty Funding**
525 N. B St.
Salt Lake City, UT 84103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Investment in Belmont Property__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deem Realty Funding**
525 N. B St.
Salt Lake City, UT 84103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Misc Claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DJ Property Soultions**
2269 Deer Creek Way
Springville, UT 84663

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Misc Claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kora Gammel**
8828 SW 36th Ave
Portland, OR 97219

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Steven W. Shaw, Attorney** 918 S Crescent Way Mapleton, UT 84664 | Line __3.3__ <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Steven W. Shaw, Attorney** 918 S Crescent Way Mapleton, UT 84664 | Line __3.8__ <br> ☐ Not listed. Explain ____ | _ |

| Debtor | **Turning Leaf Homes IV, LLC** | Case number *(if known)* | **17-30353-tmb11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Steven W. Shaw, Attorney**<br>**918 S Crescent Way**<br>**Mapleton, UT 84664** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Steven W. Shaw, Attorney**<br>**918 S Crescent Way**<br>**Mapleton, UT 84664** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,750.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,750.00 |

Case 17-30353-tmb11     Doc 16     Filed 02/20/17

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Yearly Rental Agreement for $2200 monthly in 17538 SW Kimmell Ct. - Terminates on 4/30/17.** <br><br> State the term remaining    **2 months** <br><br> List the contract number of any government contract | **Tenant** <br> **17538 Kimmel Ct.** <br> **Beaverton, OR 97007** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Monthly Rental Contract for - $1500 month - Tenant advised in last 90 days of impending rent increase per HB 4143** <br><br> State the term remaining    **Monthly** <br><br> List the contract number of any government contract | **Tenant** <br> **7582 N Burlington Ave #7-5** <br> **Portland, OR 97203** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Monthly Lease - $1000 per month - Advised more than 90 days previous of upcoming rent increase per HB 4143.** <br><br> State the term remaining    **Monthly** <br><br> List the contract number of any government contract | **Tenant** <br> **9995 SW Denney Rd** <br> **Portland, OR 97223** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Monthly Rental Agreement - $1,250/month - Tenant advised in last 90 days of impending rent increase per HB 4143.** <br><br> State the term remaining    **Monthly** | **Tenant** <br> **4644 Melody Ln** <br> **Roseburg, OR 97471** |

Case 17-30353-tmb11   Doc 16   Filed 02/20/17

Case number *(if known)*   **17-30353-tmb11**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract        _____

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street <br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Street <br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- |
   | 7.1.   **David L Deem, et. al. vs.<br>Tracey Baron, et. al.<br>15-cv-755-DS** | **Contract Claims** | **Utah District Court<br>351 So. West Temple<br>Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. O'Brien, & Associates, P.C.**<br>**12909 SW 68th Parkway, Suite 160**<br>**Portland, OR 97223** | | **February 2017** | **$15,000.00** |
| | Email or website address<br>**www.pdxlegal.com** | | | |
| | Who made the payment, if not debtor?<br>**Turning Leaf Management, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Case 17-30353-tmb11    Doc 16    Filed 02/20/17

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Douglas Harmon CPA, LLC**<br>**113 NW Third Ave**<br>**Canby, OR 97013** | **2016-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Tracey Baron** | **1701 SE Oak Shore Ln**<br>**Portland, OR 97267** | **Member/Manager** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 20, 2017**

**/s/ Tracey Baron**                    **Tracey Baron**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re   **Turning Leaf Homes IV, LLC**         Case No.   __17-30353-tmb11__

                           Debtor(s)                   Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Tracey Baron**<br>**1701 SE Oak Shore Ln**<br>**Portland, OR 97267** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 20, 2017**                    Signature   **/s/ Tracey Baron**

                                                              **Tracey Baron**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Oregon

In re    **Turning Leaf Homes IV, LLC**         Case No.    **17-30353-tmb11**

                                    Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 20, 2017**                      **/s/ Tracey Baron**

                                               **Tracey Baron/Manager**
                                               Signer/Title