Michael D. O'Brien, OSB 951056
Theodore J. Piteo, OSB 090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
(503) 786-3800
Of Attorneys for Turning Leaf Homes IV, LLC*

*Application authorizing employment currently pending

IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No. 17-30353-tmb11 |
| | ) | |
| Turning Leaf Homes IV, LLC | ) | APPLICATION FOR EMPLOYMENT |
| | ) | OF CPA FOR DEBTOR IN |
| | ) | POSSESSION |
| Debtor-in-possession. | ) | |

Pursuant to 11 USC §327 of the U.S. Bankruptcy Code ("the Code") Turning Leaf Homes IV, LLC, debtor-in-possession (hereafter "Applicant"), hereby applies to the Court for an order approving the employment of Douglass Harmon, CPA, LLC and specifically, R. Nikki Douglass-Harmon as its accountant. In support of this application, Applicant represents as follows:

1) Applicant filed its petition for relief under chapter 11 of the Code on February 6, 2016. Applicant is presently serving as debtor-in-possession.

2) Applicant is not sufficiently familiar with the tax preparation duties of the debtor in possession to properly prepare its 2017/2018 tax returns and will need an accountant to assist for proper compliance.

3) Applicant wishes to employ the CPA firm of Douglass Harmon, CPA, LLC, and particularly R. Nikki Douglass-Harmon, 113 NW Third Ave, Canby, OR 97013, as its accountant.

PAGE 1 - APPLICATION FOR EMPLOYMENT OF PROFESSIONAL

4) Applicant desires that Nikki assist it for all purposes related to monthly 2015 report preparation and completion of its tax returns.

5) Applicant wishes to have Nikki compensated by the estate for her accounting fees at her usual and customary hourly rates and reimburse her reasonable and necessary costs incurred in connection with this case. Such compensation shall be subject to the approval of this Court and requests for compensation shall be in compliance with the Code and federal and local rules of bankruptcy procedure. The names, initials, and current billing rates of the individuals who are expected to perform work on this case include:

    a) R. Nikki Douglass-Harmon, RNH, Certified Public Accountant - $206/hour

    b) Kalie R. Douglas, KED, Tax Preparer/Bookkeeper     $115/hour

    c) Michelle E. Corcoran, MEC, Accounting Assistant     $80/hour

6) To the best of Applicant's knowledge, Nikki does not have any connection with Applicant's creditors, any other party in interest, or their respective attorneys or accountants except as stated in the Rule 2014 Verified Statement of Proposed Professional submitted with this application.

Dated this   20th   day of February, 2017

                                              Respectfully Submitted By:

                                              /s/Tracey Baron, Manager_____
                                              Tracey Baron, Manager, Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                )
                                     ) Case No. _____
                                     )
                                     ) RULE 2014 VERIFIED STATEMENT
Debtor(s)                            ) FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:

2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15. Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16. The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)). Please list and explain the relationship between the debtor and the affiliate:

17. The applicant is not an affiliate of the debtor.

18. Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19. The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20. List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

_____
Applicant

1114 (11/30/09)   Page 3 of 3

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No. 17-30353-tmb11 |
| | ) | |
| Turning Leaf Homes IV, LLC | ) | ORDER AUTHORIZING EMPLOYMENT |
| | ) | OF CPA FOR DEBTOR IN |
| <u>Debtor-in-Possession.</u> | ) | POSSESSION |

This matter came before the Court upon the Application for Employment of CPA for Debtor in Possession. The Court has reviewed the file, the application, and the Rule 2014 Verified Statement and being fully advised it is hereby ORDERED:

1) The Application for employment of R. Nikki Douglass-Harmon and Douglass Harman, CPA, LLC as CPA for the Debtor in Possession is hereby authorized and effective as of the date of the filing of the application for employment.

2) Compensation of R. Nikki Douglass-Harmon shall be subject to court review and compliance with Sections 329 (possible disgorgement) and 330 of the Bankruptcy Code and the Court's local procedures.

3) Compensation and expense reimbursement for the certified public accountant employed by this order shall not exceed $2,500, unless prior to the time that the services are provided, or expenses incurred, the court enters an order increasing the fee cap in a sufficient amount to exceed the charges

###

Order Submitted By:

  /s/Theodore J. Piteo
Michael D. O'Brien, OSB 951056
Theodore J. Piteo, OSB 090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
(503) 786-3800
Of Attorneys for Debtor

Via electronic service through ECF:

THEODORE J PITEO on behalf of Debtor Crimson Investment Group, LLC
ted@pdxlegal.com, enc@pdxlegal.com;hugo@pdxlegal.com;reception@pdxlegal.com;seven@pdxlegal.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

Via Hand Delivery:

Debtor, c/o its Manager Tracey Baron

In re Turning Leaf Homes IV, LLC
Case No. 17-30353-tmb11

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, I served the foregoing "**Application for Employment of Accountant for Debtor in Possession**" on the following parties by mailing to each at the address below in a sealed envelope, with postage prepaid, and deposited in the United States Post Office:

See Attached Copy of Current Court Mailing Label List

On the following parties by hand delivery :

Turning Leaf Homes IV, LLC
c/o its Manager, Tracey Baron

I further certify that the following person(s) will be served electronically via ECF when the foregoing document is filed with the court:

JESSE A BAKER on behalf of Creditor Wells Fargo Bank, N.A.
ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com;jbaker@aldridgepite.com

ERIC A MARSHACK on behalf of Creditor THE BANK OF NEW YORK MELLON
emarshack@rcolegal.com, ecfor@rcolegal.com;rcofilings@ecf.courtdrive.com;emarshack@ecf.courtdrive.com

ROBERT S PHED on behalf of Creditor EWCP LTH Fund, LLC
robert.phed@yahoo.com

THEODORE J PITEO on behalf of Debtor Turning Leaf Homes IV, LLC
ted@pdxlegal.com, enc@pdxlegal.com;hugo@pdxlegal.com;reception@pdxlegal.com

MIKE SCOTT on behalf of Creditor MTGLQ Investors, LP
mscott@mccarthyholthus.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

SONIA ZAHEER on behalf of U.S. Trustee US Trustee, Portland
sonia.zaheer@usdoj.gov


  /s/Theodore J Piteo_____
Michael D. O'Brien & Associates, P.C.
Theodore J Piteo, OSB 090311
Of Attorneys for Debtors- in-Possession

PAGE 1 – Certificate of Service -APPLICATION FOR EMPLOYMENT OF PROFESSIONAL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 17-30353-tmb11<br>District of Oregon<br>Portland<br>Tue Mar 21 13:16:05 PDT 2017 | Turning Leaf Homes IV, LLC<br>1701 SE OAK SHORE LN<br>Portland, OR 97267-3628 | 1001 SW 5th Ave #700<br>Portland, OR 97204-1141 |
| Ann Fahland<br>8828 SW 36th Ave<br>Portland, OR 97219-3836 | Bank of New York Mellon<br>One Wall Street<br>New York, NY 10286-0001 | Bob & Judy Baron<br>942 Ann Ave<br>Sunnyside, WA 98944-1760 |
| Citibank<br>Bankruptcy Department<br>PO Box 6248<br>Sioux Falls, SD 57117-6248 | (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Clear Recon Corporation<br>111 SW Columbia St.<br>Suite 950<br>Portland, OR 97201-5841 |
| DJ Property Soultions<br>2269 Deer Creek Way<br>Springville, UT 84663 | Darrel L Deem<br>525 N. B St.<br>Salt Lake City, UT 84103-2547 | David & Janine Law<br>2269 Deer Creek Way<br>Springville, UT 84663 |
| Deem Investments Company<br>525 N. B St.<br>Salt Lake City, UT 84103-2547 | Deem Realty Funding<br>525 N. B St.<br>Salt Lake City, UT 84103-2547 | Ditech Financial, LLC<br>Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 |
| Federal National Mortgage Association<br>Bankruptcy Dept.<br>PO Box 1077<br>Hartford, CT 06143-1077 | Flagstar Bank<br>Bankruptcy Notice<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Jason Montgomery<br>810 SE Douglas Ave<br>Roseburg, OR 97470-3331 | Kora Gammel<br>8828 SW 36th Ave<br>Portland, OR 97219-3836 | Malcolm Cisneros<br>17100 Gillette Ave<br>Irvine, CA 92614-5603 |
| Malcolm Cisneros<br>2112 Business Center Dr.<br>2nd Fl<br>Irvine, CA 92612-7137 | Matthew Frank Condominum Assoc<br>7000 SW Varns Street<br>Portland, OR 97223-8145 | McCarthy & Holthus, LLP<br>1770 Forth Ave<br>San Diego, CA 92101 |
| Midland Funding<br>Bankruptcy Notices<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | Nathan Pauly<br>13421 SW Deergrove Ln<br>Portland, OR 97224-3086 | Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034-3204 |
| Oregon Department Of Justice<br>Division Of Child Support<br>4600 25th Avenue, NE , Suite 180<br>Salem, OR 97301-0026 | PNC Bank - Mortgage<br>Bankruptcy Notice<br>6750 Miller Road<br>Brecksville, OH 44141-3262 | Philip Congdon<br>2418 Welsh Ln<br>New Braunfels, TX 78132-3834 |

| | | |
|---|---|---|
| Robinson Tait, P.S.<br>901 Fifth Ave<br>Suite 400<br>Seattle, WA 98164-2085 | State of Oregon<br>Business and Fiscal Services Divison<br>1163 State Street<br>Salem, OR 97301-2563 | Steven W. Shaw, Attorney<br>918 S Crescent Way<br>Mapleton, UT 84664-4613 |
| SunTrust Mortgage, Inc.<br>Bankruptcy Dept- RVW 3034<br>PO Box 27767<br>Richmond, VA 23261-7767 | Tenant<br>17538 Kimmel Ct.<br>Beaverton, OR 97007-6877 | Tenant<br>4644 Melody Ln<br>Roseburg, OR 97471-5841 |
| Tenant<br>7582 N Burlington Ave #7-5<br>Portland, OR 97203-3747 | Tenant<br>929 NE 73rd Ave<br>Hillsboro, OR 97124-6990 | Tenant<br>9995 SW Denney Rd<br>Portland, OR 97223 |
| The Ridge at Eagle Crest Owners Assoc<br>c/o Northview Community Services<br>8300 Coopers Hawk Dr.<br>Redmond, OR 97756 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank, NA, Corp Trust Division<br>Attn: Elizabeth Boyd<br>1021 East Cary Street, #1850<br>Richmond, VA 23219-4090 |
| US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Vial Fotheringham, LLP<br>17355 Boones Ferry Road, Suite A<br>Lake Oswego, OR 97035-5225 | Wells Fargo Bank, N.A.<br>Bankruptcy Dept. / MAC D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| THEODORE J PITEO<br>Michael D. O'Brien & Associates<br>12909 SW 68th Pkwy<br>Suite 160<br>Portland, OR 97223-8399 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| City Of Portland<br>Office Of City Attorney<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204 | US Bank<br>Bankruptcy Notice Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)EWCP LTH Fund, LLC | (u)MTGLQ Investors, LP | (u)THE BANK OF NEW YORK MELLON |